**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
Northern District of Illinois

Case number (If known): _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 07 2016
JEFFREY P. ALLSTEADT, CLERK

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy      12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. Your full name<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Bradford<br>First name<br>Allen<br>Middle name<br>LeHew<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| 2. All other names you have used in the last 8 years<br><br>Include your married or maiden names. | None<br>First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| 3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx – xx – 1 9 8 8<br>OR<br>9 xx – xx – ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ |

Official Form 101        Voluntary Petition for Individuals Filing for Bankruptcy        page 1

Debtor 1  **Bradford Allen LeHew**
        First Name    Middle Name    Last Name

Case number (if known) _____

**About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):**

4. **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

   Include trade names and *doing business as* names

   About Debtor 1:
   ☐ I have not used any business names or EINs.

   Business name: DLP Law Group LLC dba

   Business name: Law Offices of Bradford LeHew

   EIN: 4 6 - 2 4 3 6 1 3 2

   EIN: _ _ - _ _ _ _ _ _ _

   About Debtor 2:
   ☐ I have not used any business names or EINs.

   Business name: _____

   Business name: _____

   EIN: _ _ - _ _ _ _ _ _ _

   EIN: _ _ - _ _ _ _ _ _ _

5. **Where you live**

   1429 West Birchwood Avenue
   Number    Street

   Unit 3E

   Chicago    IL    60626
   City       State  ZIP Code

   Cook
   County

   **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **If Debtor 2 lives at a different address:**

   Number    Street

   _____

   City    State    ZIP Code

   County

   **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

   Number    Street

   P.O. Box

   City    State    ZIP Code

6. **Why you are choosing *this district* to file for bankruptcy**

   Check one:

   ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

   ☐ I have another reason. Explain.
   (See 28 U.S.C. § 1408.)
   _____
   _____
   _____
   _____

   Check one:

   ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

   ☐ I have another reason. Explain.
   (See 28 U.S.C. § 1408.)
   _____
   _____
   _____
   _____

Debtor 1  **Bradford Allen LeHew**
      First Name   Middle Name   Last Name

Case number (if known) _____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No
☑ Yes.  District  **N.D. Ill.**    When  **11/10/2015**    Case number  **15-38299**
                                                                     MM / DD / YYYY

     District  _____  When  _____  Case number  _____
                                                       MM / DD / YYYY

     District  _____  When  _____  Case number  _____
                                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.  Debtor _____  Relationship to you _____
        District _____  When _____  Case number, if known _____
                                     MM / DD / YYYY

        Debtor _____  Relationship to you _____
        District _____  When _____  Case number, if known _____
                                     MM / DD / YYYY

**11. Do you rent your residence?**

☑ No.  Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

        ☐ No. Go to line 12.
        ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101             **Voluntary Petition for Individuals Filing for Bankruptcy**             page 3

Debtor 1  **Bradford Allen LeHew**
      First Name     Middle Name     Last Name

Case number *(if known)*_____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number    Street

_____

_____
City                State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.
☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

☑ No
☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                               Number    Street

_____
City                State    ZIP Code

Debtor 1   **Bradford Allen LeHew**
   First Name Middle Name Last Name

Case number (if known)_____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Bradford Allen LeHew**
First Name  Middle Name  Last Name

Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Bradford LeHew*
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on 06/07/2016
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

Official Form 101  Voluntary Petition for Individuals Filing for Bankruptcy  page 6

Debtor 1 **Bradford Allen LeHew**
     First Name   Middle Name   Last Name

Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _NA_____
Signature of Attorney for Debtor

Date _____
MM / DD / YYYY

Printed name _____

Firm name _____

Number   Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email address _____

Bar number _____ State _____

Debtor 1  **Bradford Allen LeHew**
         First Name   Middle Name   Last Name

Case number (if known)_____

### For you if you are filing this bankruptcy without an attorney

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☒ No
☐ Yes. Name of Person_____.
       Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ *Bradford LeHew*
Signature of Debtor 1

Date  06/07/2016
      MM / DD / YYYY

Contact phone  (773) 230-4879

Cell phone  (773) 230-4879

Email address  bradfordlehew@gmail.com

✗ _____
Signature of Debtor 2

Date  _____
      MM / DD / YYYY

Contact phone  _____

Cell phone  _____

Email address  _____

# Creditors

**Access Group, Inc.**  
10 North High Street  
Suite 400  
West Chester, PA 19380   (23976433) (cr)

**ACS**  
PO Box 371834  
Pittsburgh, PA 15250-7834   (23976434) (cr)

**ACS**  
PO Box 7051  
Utica, NY 13504-7051   (23911006) (cr)

**ACS**  
PO Box 7052  
Utica, NY 13504-7052   (23976435) (cr)

**American Education Services**  
AES  
Payment Center  
Harrisburg, PA 17130-0010   (23976501) (cr)

**American Education Services**  
PO Box 2461  
Harrisburg, PA 17105   (23911007) (cr)

**American Express**  
PO Box 0001  
Los Angeles, CA 90096-8000   (23911008) (cr)

**American Express Centurion Bank**  
c o Becket and Lee LLP  
POB 3001  
Malvern, PA 19355-0701   (23998206) (cr)

**ARS National Services, Inc.**  
PO Box 469100  
Escondido, CA 92046-9100   (23911010) (cr)

**ARS National Services, Inc.**  
PO Box 469046  
Escondido, CA 92046   (23911009) (cr)

| | |
|---|---|
| **Best Buy**<br>Box 15524<br>Wilmington, DE 19850 | (23911011)<br>(cr) |
| **Birchwood Beach Condominium Assoc.**<br>1421-29 West Birchwood Avenue<br>Chicago, IL 60626 | (23911012)<br>(cr) |
| **BMO Harris Bank**<br>1200 East Warrenville Road, 3C<br>Naperville, IL 60563 | (23911014)<br>(cr) |
| **BMO Harris Bank**<br>PO Box 367<br>Arlington Heights, IL 60006 | (23911013)<br>(cr) |
| **BMO Harris N.A.**<br>PO Box 2035<br>Milwaukee, WI 53201 | (24174297)<br>(cr) |
| **Capital One N. A.**<br>c/o Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016 | (24007532)<br>(cr) |
| **Capital One, N. A.**<br>PO Box 21887<br>Saint Paul, MN 55121 | (23911015)<br>(cr) |
| **Capital One, N.A.**<br>PO Box 165028<br>Irving, TX 75016 | (23978008)<br>(cr) |
| **Capital One, N.A.**<br>PO Box 100595<br>Florence, SC 29502-0595 | (23976388)<br>(cr) |
| **Central Credit Services, LLC**<br>500 North Franklin Turnpike<br>Suite 200<br>Ramsey, NJ 07446 | (23976539)<br>(cr) |
| **Chase**<br>PO Box 15123<br>Wilmington, DE 19850-5123 | (23911017)<br>(cr) |
| **Chase**<br>PO Box 15123<br>Wilmington, DE 19850-5123 | (23911016)<br>(cr) |
| **Chase Bank**<br>OH1-1272<br>340 South Cleveland Ave., Bldg. 370<br>Westerville, OH 43081 | (23976569)<br>(cr) |

**Chase National Payment Services**
PO Box 1822223
Dept. OH1-1272
Columbus, OH 43218

(23976570)
(cr)

**Citi Cards**
Processing Center
Des Moines, IA 50363-0005

(23911018)
(cr)

**Citibank**
PO Box 769006
San Antonio, TX 78245

(23911019)
(cr)

**Citibank N.A.**
PO Box 653095
Dallas, TX 75265-0370

(23976610)
(cr)

**Codilis And Associates**
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527

(23911020)
(cr)

**Cook County Collector**
Box 4488
Carol Stream, IL 60197-4488

(23911021)
(cr)

**Cook County Treasurer's Office**
118 North Clark Street
Room 112
Chicago, IL 60602

(23983948)
(cr)

**Department of Education**
Mohela
Po Box 105347
Atlanta, GA 30348-5347

(23976613)
(cr)

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

(23943272)
(cr)

**Discover Card**
Box 6103
Carol Stream, IL 60197

(23911022)
(cr)

**eCAST Settlement Corporation**
POB 29262
New York, NY 10087-9262

(24123536)
(cr)

**eCAST Settlement Corporation**
POB 29262
New York, NY 10087-9262

(24123535)
(cr)

**ECMC**

(24286168)

| | |
|---|---|
| PO Box 16408<br>St. Paul, MN 55116-0408 | (cr) |
| **Financial Recovery Services, Inc.**<br>PO Box 385908<br>Minneapolis, MN 55428-5908 | (23976623)<br>(cr) |
| **GC Services Limited Partnership**<br>6330 Gulton<br>Houston, TX 77081 | (23911023)<br>(cr) |
| **GC Services Limited Partnership**<br>6330 Gulton<br>Houston, TX 77081 | (23911024)<br>(cr) |
| **Great Lakes**<br>Po Box 78480<br>Milwaukee, WI 53278-0480 | (23976502)<br>(cr) |
| **Great Lakes Higher Education**<br>2401 International Lane<br>Madison, WI 53704-3192 | (23976538)<br>(cr) |
| **IC System**<br>444 Highway 96 East<br>PO Box 64378<br>St. Paul, MN 55164-0378 | (23976655)<br>(cr) |
| **Mohela**<br>Department of Education<br>Po Box 105347<br>Atlanta, GA 30348-5347 | (23911025)<br>(cr) |
| **Mohela**<br>633 Spirit Drive<br>Chesterfield, MO 63005 | (23911026)<br>(cr) |
| **Nationwide Credit, Inc.**<br>PO Box 26314<br>Lehigh Valley, PA 18002-6314 | (23976540)<br>(cr) |
| **Nelnet**<br>Department of Education<br>PO Box 740283<br>Atlanta, GA 30374-0283 | (23911027)<br>(cr) |
| **Northland Group, Inc.**<br>PO Box 390905<br>Minneapolis, MN 55439 | (23911028)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>successor to Citibank, N.A. (BEST BUY)<br>POB 41067<br>Norfolk VA 23541 | (24327964)<br>(cr) |

**Prosper Marketplace, Inc.**
c/o IC System
444 Highway 96 East
Saint Paul, MN 55164-0378

(23911029)
(cr)

**Steve Lobacz, MD**
1104 W. Pratt Blvd.
Chicago, IL 60626

(23976656)
(cr)

**Tansworld Systems, Inc.**
Po Box 15618
Wilmington, DE 19850-5618

(23976500)
(cr)

**Transworld Systems, Inc.**
507 Prudential Road
Horsham, PA 19044

(23976498)
(cr)

**Transworld Systems, Inc.**
Po Box 15109
Dept. 926
Wilmington, DE 19850-5109

(23976499)
(cr)

**United Collection Bureau**
5620 Southwyck Boulevard
Suite 206
Toledo, OH 43614

(23911030)
(cr)

**United Recovery Systems**
Po Box 722929
Houston, TX 77272-2929

(23976571)
(cr)

**United Recovery Systems**
5800 North Course Drive
Houston, TX 77072

(23911031)
(cr)

**US Department of Education**
National Payment Center
Po Box 105028
Atlanta, GA 30348-5028

(23976622)
(cr)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/07/2016 05:20:53 | | | |
| PACER Login: | bradfordlehew:4073957:0 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 15-38299 Creditor Type: All |
| Billable Pages: | 2 | Cost: | 0.20 |

Document      Page 14 of 16

Label Matrix for local noticing
0752-1
Case 15-38299
Northern District of Illinois
Chicago
Tue Jun  7 05:18:11 CDT 2016

Capital One N. A.
c/o Ascension Capital Group
P.O. Box 165028
Arlington, TX 76006

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

ACS
PO Box 371834
Pittsburgh, PA 15250-7834

ACS
PO Box 7051
Utica, NY 13504-7051

ACS
PO Box 7052
Utica, NY 13504-7052

ARS National Services, Inc.
PO Box 469046
Escondido, CA 92046-9046

ARS National Services, Inc.
PO Box 469100
Escondido, CA 92046-9100

Access Group, Inc.
10 North High Street
Suite 400
West Chester, PA 19380-3014

American Education Services
AES
Payment Center
Harrisburg, PA 17130-0010

American Education Services
PO Box 2461
Harrisburg, PA 17105-2461

American Express
PO Box 0001
Los Angeles, CA 90096-8000

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

BMO Harris Bank
1200 East Warrenville Road, 3C
Naperville, IL 60563-3529

BMO Harris Bank
PO Box 367
Arlington Heights, IL 60006-0367

BMO Harris N.A.
PO Box 2035
Milwaukee, WI 53201-2035

(p)HSBC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 5213
CAROL STREAM IL 60197-5213

Birchwood Beach Condominium Assoc.
1421-29 West Birchwood Avenue
Chicago, IL 60626-1877

Capital One N. A.
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

Capital One, N. A.
PO Box 21887
Saint Paul, MN 55121-0887

Capital One, N.A.
PO Box 100595
Florence, SC 29502-0595

Capital One, N.A.
PO Box 165028
Irving, TX 75016-5028

Central Credit Services, LLC
500 North Franklin Turnpike
Suite 200
Ramsey, NJ 07446-1178

Chase
PO Box 15123
Wilmington, DE 19850-5123

Chase Bank
OH1-1272
340 South Cleveland Ave., Bldg. 370
Westerville, OH 43081-8917

Chase National Payment Services
PO Box 1822223
Dept. OH1-1272
Columbus, OH 43218

Citi Cards
Processing Center
Des Moines, IA 50363-0005

Citibank
PO Box 769006
San Antonio, TX 78245-9006

Citibank N.A.
PO Box 653095
Dallas, TX 75265-3095

Codilis And Associates
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

| | | |
|---|---|---|
| Cook County Collector<br>Box 4488<br>Carol Stream, IL 60197-4488 | Cook County Treasurer's Office<br>118 North Clark Street<br>Room 112<br>Chicago, IL 60602-1590 | Department of Education<br>Mohela<br>Po Box 105347<br>Atlanta, GA 30348-5347 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Card<br>Box 6103<br>Carol Stream, IL 60197-6103 | ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 |
| Financial Recovery Services, Inc.<br>PO Box 385908<br>Minneapolis, MN 55438-5908 | GC Services Limited Partnership<br>6330 Gulton<br>Houston, TX 77081-1198 | Great Lakes<br>Po Box 78480<br>Milwaukee, WI 53278-0480 |
| Great Lakes Higher Education<br>2401 International Lane<br>Madison, WI 53704-3192 | IC System<br>444 Highway 96 East<br>PO Box 64378<br>St. Paul, MN 55164-0378 | Mohela<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 |
| Mohela<br>Department of Education<br>Po Box 105347<br>Atlanta, GA 30348-5347 | Nationwide Credit, Inc.<br>PO Box 26314<br>Lehigh Valley, PA 18002-6314 | Nelnet<br>Department of Education<br>PO Box 740283<br>Atlanta, GA 30374-0283 |
| Northland Group, Inc.<br>PO Box 390905<br>Minneapolis, MN 55439-0905 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prosper Marketplace, Inc.<br>c/o IC System<br>444 Highway 96 East<br>Saint Paul, MN 55127-2557 |
| Steve Lobacz, MD<br>1104 W. Pratt Blvd.<br>Chicago, IL 60626-4404 | Tansworld Systems, Inc.<br>Po Box 15618<br>Wilmington, DE 19850-5618 | Transworld Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044-2308 |
| Transworld Systems, Inc.<br>Po Box 15109<br>Dept. 926<br>Wilmington, DE 19850-5109 | US Department of Education<br>National Payment Center<br>Po Box 105028<br>Atlanta, GA 30348-5028 | United Collection Bureau<br>5620 Southwyck Boulevard<br>Suite 206<br>Toledo, OH 43614-1501 |
| United Recovery Systems<br>5800 North Course Drive<br>Houston, TX 77072-1613 | United Recovery Systems<br>Po Box 722929<br>Houston, TX 77272-2929 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 |
| Bradford A. LeHew<br>1429 West Birchwood Avenue, Unit 3E<br>Chicago, IL 60626-1880 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

Robert J Adams
Robert J Adams & Associates
901 W Jackson Suite 202
Chicago, IL 60607-3738

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Best Buy | Portfolio Recovery Associates, LLC | End of Label Matrix |
| Box 15524 | successor to Citibank, N.A. (BEST BUY) | Mailable recipients   60 |
| Wilmington, DE 19850 | POB 41067 | Bypassed recipients    0 |
| | Norfolk VA 23541 | Total                 60 |